UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

NOAH WEAVER,

    Plaintiff,

v.

9941711 CANADA, INC., et al.,

    Defendants.
_____/

Case No. 2:23-cv-231

HON. JANE M. BECKERING

## ORDER

This matter is before the Court on Plaintiff's Motion to Approve Wrongful Death Settlement and for Authority to Distribute the Settlement Proceeds (ECF No. 18). Plaintiff identified all living relatives of the Gerald Joseph Weaver and Tara Sue Weaver Estates, including a minor (*id*. at PageID.117). The identified individuals are potential interested parties under MICH. COMP. LAWS § 600.2922(3). As set forth herein, the Court will notice a hearing on Plaintiff's pending motion to approve the settlement and to distribute the proceeds (ECF No. 18), appoint a guardian ad litem for the minor, and require Plaintiff to provide notice to all individuals identified, including the guardian ad litem. Accordingly:

**IT IS HEREBY ORDERED** that Plaintiff shall, <u>no later than June 7, 2024</u>, file with the Court an executed copy of the proposed settlement agreement.

**IT IS FURTHER ORDERED** that Plaintiff shall, <u>no later than June 7, 2024</u>, provide to each of the potential interested parties, including the guardian ad litem, a copy of this Order, the motion to distribute the proceeds, and the notice of hearing, and file proof of service of the same.

**IT IS FURTHER ORDERED** that any person who may be entitled to damages must present a claim for damages to the Personal Representative on or before the date set for hearing on

the motion for distribution of the proceeds. Failure to present a claim for damages within the time provided shall bar the person from making a claim to any of the proceeds.

**IT IS FURTHER ORDERED** that because minor Sophia Weaver's conservator is also an interested person who is entitled to make a claim for damages from the proceeds of the proposed settlement, the Court APPOINTS Attorney James R. Wierenga of David, Wierenga & Lauka, P.C., 99 Monroe Ave, NW Suite 1210, Grand Rapids, MI 49503, telephone (616) 454-3883, as guardian ad litem for minor Sophia Weaver. Payment for the services of the guardian ad litem will be deducted from any distribution made to minor Sophia Weaver.

**IT IS FURTHER ORDERED** that the guardian ad litem shall, not later than June 21, 2024, prepare and file a written response to Plaintiff's motion to distribute the proceeds.

**IT IS FURTHER ORDERED** that Plaintiff shall, no later than June 21, 2024, file with the Court fully executed and notarized waivers for any person presenting a claim for damages who wishes to waive his or her rights to appear and be heard at the hearing.

**IT IS FURTHER ORDERED** that a notice will issue setting a hearing by video for July 3, 2024 before the undersigned. Video conference instructions will be filed separately. All parties presenting a claim for damages must attend the hearing, unless they execute a valid waiver of their right to be heard on this issue.

Dated: May 31, 2024         /s/ Jane M. Beckering
                            JANE M. BECKERING
                            United States District Judge