UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| **NOAH WEAVER, PERSONAL REPRESENTATIVE OF THE ESTATES OF GERALD JOSEPH WEAVER AND TARA SUE WEAVER,**<br><br>PLAINTIFF,<br><br>v<br><br>**9941711 CANADA INC., DBA NORTH PLUS LOGISTICS, 2303876 ALBERTA LTD., DBA NORTH PLUS EXPRESS, HAVARINDER SINGH, AND RAN KUMAR JOGI,**<br><br>DEFENDANTS. | FILE NO: 2:23-CV-231<br><br>Hon. Jane M. Beckering<br>U.S. District Court Judge |

**Order Approving Wrongful Death Settlement**

    Now pending before the Court is the Motion of Noah Weaver, personal representative of the Estates of Gerald Joseph Weaver and Tara Sue Weaver, deceased, for settlement of the wrongful death claims and distribution of proceeds (ECF No. 18); the Court being fully advised in the premises, and it appears to the Court that proper notice was given to all interested persons; it appears to this Court that the settlement proposed in the Personal Representative's Motion is fair, equitable, in good faith and in the best interest of the estate and ought to be approved:

    IT IS ORDERED that Noah Weaver, the personal representative of the Estates of Gerald Joseph Weaver and Tara Sue Weaver, is authorized to

settle the claims arising out of the deaths of Gerald Joseph Weaver and Tara Sue Weaver against the Defendants for the terms and amount set out in the Plaintiff's motion.

IT IS FURTHER ORDERED that Noah Weaver, the personal representative of the Estates of Gerald Joseph Weaver and Tara Sue Weaver, is authorized to execute the Release and Settlement of all claims arising out of the wrongful death of the decedent against all Defendants.

IT IS FURTHER ORDERED that Noah Weaver, the personal representative of the Estates of Gerald Joseph Weaver and Tara Sue Weaver, shall pay to Petrucelli & Waara, P.C., under the contingent fee agreement, costs and attorney fees as set forth in Exhibit 2 of the Plaintiff's Motion.

IT IS FURTHER ORDERED that no money is allocated to the Estates of Gerald Joseph Weaver and Tara Sue Weaver for conscious pain and suffering.

IT IS FURTHER ORDERED that the net settlement proceeds shall be distributed consistent with the recommendation set forth in paragraph 24 of the Plaintiff's Motion to Approve Wrongful Death Settlement and for Authority to Distribute The Settlement Proceeds.

IT IS FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE AND WITHOUT COSTS to either side.

THIS ORDER RESOLVES THE LAST PENDING CLAIM AND CLOSES THE CASE.

Dated: July 3, 2024                    /s/ Jane M. Beckering
                                       Jane M. Beckering
                                       United States District Judge